IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01464-BNB

ALLEN T. WATKINS,

      Plaintiff,

v.

STATE OF COLORADO,
STATE OF CALIFORNIA, and
STATE OF UTHA [sic],

      Defendants.

---

## ORDER OF DISMISSAL

---

      Plaintiff, Allen T. Watkins, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Denver Reception and Diagnostic Center.  He attempted to initiate the instant action by submitting *pro se* a letter (ECF No. 1).  The Court reviewed the letter and determined it was deficient. Therefore, on May 23, 2014, Magistrate Judge Boyd N. Boland entered an order (ECF No. 2) directing Mr. Watkins to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

      The May 23 order pointed out that Mr. Watkins failed to submit either the $400.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper, Court-approved form, i.e., the current form revised October 1, 2012, with an authorization and certificate of prison official, together with a certified copy of his trust fund account statement for the six-month period immediately

preceding this filing obtained from the appropriate prison official.  The May 23 order also

pointed out that Mr. Watkins failed to submit a Prisoner Complaint on the proper, Court-

approved form.  The May 23 order directed Mr. Watkins to obtain, with the assistance of

his case manager or the facility's legal assistant, the Court-approved forms for filing a

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and

a Prisoner Complaint.  The May 23 order warned him that if he failed to cure the

designated deficiencies within thirty days, the action would be dismissed without

prejudice and without further notice.

Mr. Watkins has failed to cure the designated deficiencies within the time

allowed, or otherwise communicate with the Court in any way.  Therefore, the action will

be dismissed without prejudice for Mr. Watkins' failure to cure the designated

deficiencies as directed within the time allowed and for his failure to prosecute.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this

order would not be taken in good faith and therefore *in forma pauperis* status will be

denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438

(1962).  If Mr. Watkins files a notice of appeal he also must pay the full $505.00

appellate filing fee or file a motion to proceed *in forma pauperis* in the United States

Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App.

P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b)

of the Federal Rules of Civil Procedure for the failure of Plaintiff, Allen T. Watkins, to

cure the deficiencies designated in the order to cure of May 23, 2014, within the time allowed, and for his failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this __7th__ day of _____July_____, 2014.

BY THE COURT:


_s/Lewis T. Babcock_____
LEWIS T. BABCOCK
Senior Judge, United States District Court

3