IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01464-LTB

ALLEN T. WATKINS,

    Plaintiff,

v.

STATE OF COLORADO,
STATE OF CALIFORNIA, and
STATE OF UTHA [sic],

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 7, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 7th day of July, 2014.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/K Lyons
                        Deputy Clerk