## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01464-LTB

ALLEN T. WATKINS,

    Plaintiff,

v.

STATE OF COLORADO,
STATE OF CALIFORNIA, and
STATE OF UTHA [sic],

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The motion requesting service of subpoena (ECF No. 6) that Plaintiff filed *pro se* on July 17, 2014, is DENIED as moot. This case was dismissed on July 7, 2014 (ECF No. 4) and a judgment (ECF No. 5) entered on the same day. This case is closed. Filings will not be addressed after the dismissal of a case.

Dated:  July 18, 2014